UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUITOS FUND 1 LP,<br><br>                               Plaintiff,<br><br>v.<br><br>ROCK RIDGE ENTERPRISES, LLC; TODD S. CAVEN; and DOES 1 through 5,<br><br>                               Defendants. | Case No.: 3:23-cv-01409-H-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITHOUT PREJUDICE**<br><br>[Doc. No. 8.] |

   On August 2, 2023, Plaintiff Equitos Fund 1 LP ("Plaintiff") filed a complaint against Defendants Rock Ridge Enterprises, LLC and Todd S. Caven ("Defendants"). (Doc. No. 1.)  On November 3, 2023, the parties filed a joint motion to dismiss the action without prejudice. (Doc. No. 8.)  The parties also represent that each side will bear its own costs and fees.  (Id.)

   Federal Rule of Civil Procedure 41(a)(1)(A)(ii) permits a plaintiff to voluntarily dismiss an action without a court order so long as the plaintiff files a stipulation of dismissal signed by all parties who have appeared in the action. Fed. R. Civ. P. 41(a)(1)(A)(ii). Here, all parties who have appeared in the action signed the joint motion to dismiss the action. (Doc. No. 8.)

///

Accordingly, the Court dismisses the action without prejudice. Each side will bear its own costs and fees. The Court instructs the Clerk of Court to close the case.

**IT IS SO ORDERED.**

DATED: November 6, 2023

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT